**Szuna S. MAYENGO, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Department of Corrections, Respondent–Appellee.**

No. 02–6220.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Szuna S. Mayengo, Appellant Pro Se.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Szuna S. Mayengo appeals the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) petition as untimely filed. We have reviewed the record, the district court's opinion, and Mayengo's informal appellate brief. Because Mayengo failed to challenge on appeal the basis for the district court's ruling, he has not preserved this issue for our review. 4th Cir. R. 34(b). In any event, it is clear that the district court correctly found Mayengo's § 2254 petition untimely. Accordingly, we deny Mayengo's motions to proceed in forma pauperis and for a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*